IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-02129-MSK-CBS

THE SPORN COMPANY, INC.,

        Plaintiff,

v.

ASPEN PET PRODUCTS, INC.,

        Defendant.

---

### ORDER GRANTING STIPULATED DISMISSAL WITH PREJUDICE

---

        THE COURT having reviewed the Stipulated Dismissal with Prejudice and being fully advised in the premises,

        HEREBY ORDERS that the case be Dismissed with Prejudice, each party to bear its own attorneys' fees and costs.

        DATED this 22nd day of February, 2008.

                          **BY THE COURT:**

                          _____

                          Marcia S. Krieger
                          United States District Judge